# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL RODRIGUEZ,       ) | Case No.  CV 07-2450 RNB |
| )  |  |
| Plaintiff,       ) |  |
| ) |  |
| v.       ) | **J U D G M E N T** |
| ) |  |
| MICHAEL J. ASTRUE,       ) |  |
| Commissioner of Social Security,       ) |  |
| ) |  |
| Defendant.       ) |  |
| _____  ) |  |

Pursuant to the Order Re Dismissal of Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: May 12, 2008

*/s/ Robert N. Block*

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE